AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Club Tropigala, LLC, a Florida Limited Liability Company, and Jose Cachaldora, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Carlos Manuel Gonzalez-Quevedo, And Mylene Astencio, his wife <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:16-cv-21422-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carlos Manuel Gonzalez-Quevedo
18751 NW 77th Court
Hialeah, Florida 33015
-or-
8360 West Flagler Street, Suite 203-A
Miami, Florida 33144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Raul Gastesi, Esq.
Gastesi & Associates, P.A.
8105 N.W. 155th Street
Miami Lakes, Florida 33016
E-Mail: Rgastesi@gastesi.com and Efiling@gastesi.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*